[No. 20510-6-II.    Division Two.    November 26, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN J. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 95-1-00998-9, William J. Kamps, J., entered March 25, 1996. *Affirmed in part* and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Hunt, J.; Armstrong, J., concurring separately.

[No. 38457-1-I.    Division One.    June 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTIAN ST. JACQUES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-01608-3, Sharon S. Armstrong, J., entered April 8, 1996. *Affirmed* by unpublished per curiam opinion.

[Nos. 38409-1-I; 39160-7-I.    Division One.    November 17, 1997.]

JEFFREY G. POOLE, ET AL., *Respondents*, v. WALLY OLSEN, *Defendant,* HELEN DORE, *Appellant.*

JEFFREY G. POOLE, ET AL., *Respondents*, v. WALLY OLSEN, *Appellant*, HELEN DORE, *Defendant.*

Appeals from a judgment of the Superior Court for Skagit County, No. 92-2-01195-9, Stanley K. Bruhn, J., entered March 11, 1995. *Reversed* by unpublished opinion per Cox, J., concurred in by Agid and Ellington, JJ.

[No. 38690-5-I.    Division One.    November 17, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL NORDSTROM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-04456-1, Ricardo S. Martinez, J., entered May 20, 1996. *Reversed* by unpublished opinion per Cox, J., concurred in by Agid and Ellington, JJ. Now published at 89 Wn. App. 737.